IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:18-cr-00344 |
| | § | |
| DEEPAK CHAVDA, M.D. (6) | § | |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Notice is hereby given that Jeffrey J. Ansley and Emily K. Lehmberg of Bell Nunnally & Martin LLP enter their appearance in this matter as counsel for Deepak Chavda, M.D. in this case. Jeff Ansley will serve as lead counsel.

Accordingly, counsel hereby requests notice and copies of all communications and other documents filed in this matter at the following address:

> Jeffrey J. Ansley (*Lead Counsel*)
> jansley@bellnunnally.com
> Emily K. Lehmberg (*notice*)
> elehmberg@bellnunnally.com
> BELL NUNNALLY & MARTIN LLP
> 3232 McKinney Avenue, Suite 1400
> Dallas, Texas 75204-2429
> (214) 740-1400 – Telephone
> (214) 740-1499 – Facsimile

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By: */s/ Jeff Ansley*
Jeffrey J. Ansley
jansley@bellnunnally.com
Texas Bar No. 00790235
Emily K. Lehmberg
elehmberg@bellnunnally.com
Texas Bar No. 24089052

3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204-2429
(214) 740-1400 Telephone
(214) 740-1499 Facsimile

**ATTORNEYS FOR DEFENDANT
DEEPAK CHAVDA, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically to all counsel of record on the 28th day of June 2018, via the Court's CM/ECF system.

*/s/ Jeff Ansley*
Jeff Ansley