IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2018
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| vs. | § Criminal H 18-344-6 |
| Deepak Chavda, MD | § Judge Sim Lake |

## SCHEDULING ORDER

1. <u>October 5, 2018</u>   All motions will be filed no later than this date <u>All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion</u>.

2. <u>October 25, 2018</u>   Response to motions will be filed no later than this date.

3. <u>November 27, 2018</u>   Proposed voir dire and jury charge will be filed no later than this date.

4. <u>December 3, 2018</u>   This case is set for jury trial at 1:00 p.m. on this date. No later than five (5) business days before this date, each counsel will file an exhibit list, and deliver to opposing counsel and the court a copy of their exhibit list, witness list, and copies of all documents and photographs to be offered as exhibits.

<u>The court will not consider any papers filed within seven days of any conference, hearing, or sentencing unless counsel delivers copies of such papers to chambers the day they are filed.</u>

Direct questions regarding this schedule to Andrew Boyd, Case Manager, U.S. District Clerk's Office, P.O. Box 61010, Houston, Texas 77208, 713/250-5514.

SIGNED ON 7/18/2018, at Houston, Texas.

*Dena Palermo*
United States Magistrate Judge